UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2013 JUL -5 PM 4:14

Sandra Rena Sullivan
_____
_____
(Name of plaintiff or plaintiffs)

v.        CIVIL ACTION NO._____

MATA, The City of Memphis,
MATA employees, MATA
Union, Sean Jay-Z Carter, Beyonce Grisell Carter Knowles, Illuminati
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Sandra Rena Sullivan
   (name of plaintiff)

is a citizen of the United States and resides at 6530 Castleview Cove
                                                    (street address)

Memphis,          USA              Tennessee
(city)           (country)           (state)

38141                      (901) 264-1420
(zip code)                 (telephone number)

Revised 4-18-08

3. Defendant <u>Memphis Area Transit Authority</u>
(defendant's name)
lives at, or its business is located at <u>1370 Levee Road   Memphis, Tennessee 38108</u>
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at
<u>1370 Levee Road  Memphis, Tennessee</u>
(street address)
<u>Memphis</u>  <u>United States of America</u>  <u>TN</u>  <u>38108</u>
(city)      (country)              (state)  (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about <u>2nd</u>  <u>October</u>  <u>2012</u>
(day)    (month)    (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about <u>2nd</u>  <u>April</u>  <u>2013</u>.
(day)    (month)    (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about <u>3rd</u>  <u>April</u>  <u>2013</u>.
(day)    (month)    (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on <u>19th  April  2013</u>. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) _X_ sex, (4) ___ religion, (5) ___ national origin, defendant

(a) _X_ failed to employ plaintiff.

(b) ___ terminated plaintiff's employment.

(c) ___ failed to promote plaintiff.

(d) ___ _____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: I applied for position of Small Bus MATA Plus Operator 11th day of October 2012 and I have not been contacted for interview or hire on the position for which it appears that I qualified for. I feel that I have been discriminated against because of my sex and MATA and its employees have made a slave of me working against my will inorder for them to keep their jobs and deny me the opportunity for employment. They have used physical, emotional, mental and psychological abuse to ruin my reputation. I feel MATA has waged an effort to keep me from employment while I make complaints that are never really resolved while their employments publicly intimidate me with slavery and sex and sexual intimidation because I am female. Violation of Title VII Civil Rights Act 1964 as amended.

11. The acts set forth in paragraph 9 of this complaint

   (a) ✓ are still being committed by defendant.

   (b) ___ are no longer being committed by defendant.

   (c) ___ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ___ Defendant be directed to employ plaintiff, or

   (b) ___ Defendant be directed to re-employ plaintiff, or

   (c) ___ Defendant be directed to promote plaintiff, or;

   (d) ✓ Defendant be directed to employ plantiff, back pay plaintiff employment wages and/or salaries as of 11th day of October 2012, punitive damages for emotional distress, physical distress compensatory and all others that apply

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   13. I would like to have my case tried by a jury. Yes (✓) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08