UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**SANDRA RENA SULLIVAN,**

    **Plaintiff,**

**VS.**                                      **NO. 13-2502-Ma**

**MATA, et al.,**

    **Defendants.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order, docketed December 2, 2013, adopting the magistrate judge's Report and Recommendation.

**APPROVED:**

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*December 2, 2013*                         THOMAS M. GOULD
DATE                                          CLERK

                                                       *s/ Zandra Frazier*
                                                       (By) DEPUTY CLERK